IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 11-MJ-158-DLM |
| vs. | ) | |
| | ) | |
| ARMAND THIBODEAU | ) | |

## NOTICE OF WITHDRAWAL

I hereby remove my appearance as lead counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

PETER F. NERONHA
UNITED STATES ATTORNEY

/S/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903

Tel (401) 709-5070

Fax (401) 709-5001

Email: mary.rogers@udoj.gov

**CERTIFICATION OF SERVICE**

On this 26th day of August, 2011, I caused the within Notice of Withdrawal to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John E. MacDonald
Law Office of John E. MacDonald, Inc.
Suite 1440
Providence, RI 02903
421-1440
Fax: 421-1442
Email: jm@jmaclaw.com

/S/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5070
Fax (401) 709-5001
Email: mary.rogers@udoj.gov